**Lee Robert WILLIAMS, Plaintiff—Appellant,**

v.

**Doctor STEWART, at Columbus Correctional Institution; Nurse, at Columbus Correctional Institution; Lieutenant Colman, at Columbus**

Correctional Institution; Ms. Hunt, Superintendent at Columbus Correctional Institution; Director of North Carolina Inmate Medical Records, Defendants—Appellees.

No. 04–7882.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2005.

Decided May 10, 2005.

Lee Robert Williams, Appellant pro se.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Vacated and remanded by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lee Robert Williams appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2000) action. The district court's opinion concludes that Williams "has simply constructed a complaint and memorandum which includes page after page of legal terminology without any support of alleged facts, dates, and/or injury." We have carefully reviewed the record and find that the factual allegations contained in paragraph (E) of the memorandum/affidavit supporting Williams's complaint meet the minimum factual requirement of a § 1983 claim.

Accordingly, we vacate the district court's order and remand for further proceedings.* We dispense with oral ar-

gument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED*

---

* By this disposition, we indicate no view of the merits of Williams's complaint or the nature

of the proceedings that may be appropriate on remand.